# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN**<br>*individually*,<br><br>Plaintiff,<br><br>v.<br><br>**JUDICIAL WATCH, INC.**<br>*A District of Columbia Corporation*, *et al.*<br><br>Defendants. | Civil Action No. 19-cv-2604 (TSC) |

## ORDER OF DISMISSAL

This action is hereby dismissed for the reasons set forth in the accompanying Memorandum Opinion.

Date:  February 16, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge