UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN**<br><br>　　　　　Plaintiff<br><br> v.<br><br>**JUDICIAL WATCH, INC et al**<br><br>　　　　　Defendants | Case No: 19-cv-2604 |

## LARRY KLAYMAN'S REQUEST FOR DISCLOSURE OF ANY EX-PARTE COMMUNICATIONS WITH THE HONORABLE COLEEN KOLLAR-KOTELLY

Plaintiff Larry Klayman ("Mr. Klayman") hereby requests that the Court disclose by COB Friday, February 19, 2021, whether it had any oral or written *ex parte* communications, including but not limited to emails and text messages, with the Honorable Coleen Kollar-Kotelly ("Judge Kotelly") concerning Plaintiff Klayman.

Mr. Klayman filed this case, and on September 22, 2019, this Court stayed this action pending resolution of the appeal of *Klayman v. Judicial Watch,* 06-cv-670 (the "JW Appeal"). Specifically, in issuing its stay this Court ordered:

> This action is hereby STAYED pending resolution of the appeal in Klayman v. Judicial Watch 6-cv-670-CKK, which involves many of the same parties as the instant case. Cf. Munoz v. Bd. of Trustees of Univ. of D.C., 730 F. Supp. 2d 62, 63 (D.D.C. 2010) (noting that the court did not have jurisdiction to consider a Rule 60(b) motion [d]ue to the pending appeal.). In light of this stay, the Clerk of the Court is hereby directed to Administratively Close this case. Upon final resolution of the appeal, Klayman v. Judicial Watch, 19-7105 (D.C. Cir), the parties may file a motion to return this case to the court's active docket. Any such motion shall contain a proposed order for moving forward with this case.

However, today, February 16, 2021, prior to the JW Appeal being decided, this Court issued an order and memorandum opinion dismissing the action, whose tone and substance more than

creates the appearance that it was calculated to try to influence the JW Appeal, which is in the process of being decided. The Court's opinion was extremely protective and praiseworthy of Judge Kotelly and very hostile and critical toward Plaintiff Klayman, which creates the appearance that it was written either at Judge Kotelly's request, or on her, or on the Court's own behalf to try to influence the disposition of the pending appeal.

Plaintiff Mr. Klayman takes strong issue with the timing, tone and substance of the order and memorandum opinion of today.

Accordingly, Mr. Klayman respectfully requests full disclosure of the substance of any and all *ex parte* communications with Judge Kotelly in this matter, as this is the only possible explanation under these circumstances for the timing, tone and substance of the Court's otherwise contradictory and inexplicable order and memorandum opinion of today, particularly given its prior stay order and the subject appeal which remains pending.

Before pursuing and in order to pursue appropriate remedial measures, Mr. Klayman respectfully requests full disclosure as set forth above by COB this Friday, February 19, 2021.

Dated: February 16, 2021                                  Respectfully Submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

*Pro Se*