UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN**  Plaintiff  v.  **JUDICIAL WATCH, INC et al**  Defendants | Case No: 19-cv-2604 |

### LARRY KLAYMAN'S RENEWED REQUEST FOR DISCLOSURE OF ANY COMMUNICATIONS WITH THE HONORABLE COLEEN KOLLAR-KOTELLY

Plaintiff Larry Klayman ("Mr. Klayman") hereby renews his requests that the Court disclose by COB Friday, February 19, 2021, whether it had any oral or written communications with the Honorable Coleen Kollar-Kotelly ("Judge Kotelly") regarding this matter, in light of its minute order of today, denying his previous request as moot. The Court's "response" was a non-response.

Regardless of how the Court wishes to phrase or interpret his request – and the substance of Mr. Klayman's request was clear regardless of the Court's own technically crafted definition of *ex parte* -- Mr. Klayman respectfully renews his request that the Court disclose whether it had any communications with Judge Kotelly regarding this matter, disclose the nature and content of any communications, and provide any and all documentation or records such as emails, texts, notes, etc. concerning these communications.

Lastly, Mr. Klayman also respectfully requests an explanation as to why the Court issued its February 16, 2021 order dismissing the action, defying its own stay order, at this time.

A direct bona fide and good faith response is respectfully requested by COB Friday February 19, 2021 in order that Plaintiff may fully determine how to proceed remedially.

Dated: February 17, 2021                                     Respectfully Submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

*Pro Se*