# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5076**  **September Term, 2020**

**1:19-cv-02604-TSC**

**Filed On: August 23, 2021** [1911052]

Larry Elliott Klayman, individually,

    Appellant

    v.

Judicial Watch, Inc., A District of Columbia Corporation, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of June 29, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the judgment filed June 29, 2021